171 A.3d 1268

STATE OF NEW JERSEY, PLAINTIFF, v. ALEXANDER RUIZ-NEGRON, A/K/A ALEXANDER RUIZ AND ALEXANDER RUIZ-NEGRON, DEFENDANT. STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. RAMON D. RUIZ-PEREZ, A/K/A RAMON PEREZ, PEREZ RAMON, RAMIN RUIZPEREZ, RAMON RUIZ AND RAMON D. RUIZ, DEFENDANT-PETITIONER. STATE OF NEW JERSEY, PLAINTIFF, v. LUIS R. GARCIA, A/K/A RICO GARCIA AND LOUIS LUISITO, DEFENDANT.

C–181 Sept.Term 2017

079161

October 20, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–1993/2903/5473–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.